UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6123-GW(SSx) | Date | December 22, 2008 |
|---|---|---|---|
| Title | *Lifted Research Group, Inc. v. F.O.II Clothing & Shoes Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Kevin R. Lussier | None Present | |

**PROCEEDINGS:** ORDER TO SHOW CAUSE RE SETTLEMENT

Hearing is held.  Counsel for the defendants are not present.

Counsel for plaintiff informs the Court that additional time is necessary to finalize settlement.

The Order to Show Cause hearing re Settlement is **continued** to **January 22, 2009 at 8:30 a.m.**  If a dismissal is filed by no later than 12:00 p.m. on January 20, 2009, the matter will be taken off calendar and no appearance will be necessary.

IT IS SO ORDERED.

|  | : | 02 |
|---|---|---|
| | Initials of Preparer | JG |